UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. PATKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. GONZALES, et. al.,<br><br>　　　　　Defendants. | No. 2:15-cv-01896 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 8, 2017, the court screened plaintiff's complaint and determined that his allegations were barred by the statute of limitations. ECF No. 7. Rather than dismissing his claims immediately, the court ordered plaintiff to show cause as to why his claims should be construed as timely. Id. On May 24, 2017, plaintiff filed a response wherein he thanked the court for the opportunity to be heard and stated "I've tried so hard for this case but I don't really think I have any options except continued loss." ECF No. 10.

For the reasons previously explained, see ECF No. 7, the statute of limitations bars this action. Plaintiff has provided no information that could support a different result, and appears to concede untimeliness. The court notes that it has the power to dismiss this action because plaintiff consented to magistrate judge jurisdiction. ECF No. 5; see Wilhelm v. Rotman, 680 F.3d 1113, 1119-21 (9th Cir. 2012).

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice as untimely. The Clerk of Court shall close this case.

DATED: June 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE